# United States Court of Appeals for the Federal Circuit

————————————

February 3, 2015

## ERRATA

————————————

Appeal No. 2014-1110

## IN RE PAPST LICENSING DIGITAL CAMERA PATENT LITIGATION

_____

## PAPST LICENSING GMBH & CO. KG,

v.

## FUJIFILM CORPORATION, FUJIFILM NORTH AMERICA CORPORATION (formerly known as Fujifilm USA, Inc.), HEWLETT-PACKARD COMPANY, JVC COMPANY OF AMERICA, NIKON CORPORATION, NIKON, INC., OLYMPUS CORP., OLYMPUS IMAGING AMERICA INC., PANASONIC CORPORATION (formerly known as Matsushita Electric Industrial Co., LTD.), PANASONIC CORPORATION OF NORTH AMERICA , SAMSUNG OPTO-ELECTRONICS AMERICA, INC., SAMSUNG TECHWIN CO., AND VICTOR COMPANY OF JAPAN, LTD.,

Decided:  February 2, 2015
Precedential Opinion

————————————

Please make the following change:


On page two, replace the sentence

> JOHN T. BATTAGLIA, Fisch Hoffman Sigler LLP, of Washington, DC, argued for plaintiff-appellant.


with the following sentence:

> JOHN T. BATTAGLIA, Fisch Sigler LLP, of Washington, DC, argued for plaintiff-appellant.